AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) ROSEN, GERALD E | 2. Court or Organization U.S. DISTRICT COURT | 3. Date of Report 05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address ROOM 730 Theodore Levin Cthse 231 W. LAFAYETTE DETROIT, MICHIGAN 48226-2799 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Focus:HOPE, Detroit, Michigan |
| 2. Board of Advisors | George Washington University Law School, Washington, D.C. |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 MAY 20 A 9: 58 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995 | The Rutter Group - Publication Agreement dated November 1995. Royalties to be shared by authors in an amount to be determined upon publication. |
| 2. 1996 | The West Group - Publication Agreement dated January 1996. Royalties to be shared by authors in an amount to be determined upon publication. |
| 3. 2005 | The Rutter Group - Publication Agreement dated November 2005. Royalties to be shared by authors in an amount to be determined upon publication. |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/13/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/07-5/07 | Adjunct Professor at Wayne State Law School - compensation for teaching evidence | $ 7692.00 |
| 2. 01/07-8/07 | Royalties from Michigan Practice Guide - West Group | $ 94.99 |
| 3. 03/26/07 | Royalties from Federal Civil Trials and Evidence - West Group | $ 8,568.96 |
| 4. 9/20/07 | Royalties from Federal Civil Trials & Evidence | $ 16,179.00 |
| 5. 1/07-12/07 | Royalties from Federal Civil Procedure, California Edition | $ 5,169.05 |
| 6. 5/07-8/07 | Adjunct Professor at Cooley Law School - compensation for teaching evidence -summer session | $ 7,000.00 |
| 7. 9/07-12/07 | Adjunct Professor at Cooley Law School, compensation for teaching evidence - fall and winter session | $ 10,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Friends of The Hebrew University | 1/13/07 to 1/21/07 | Jersulem, Israel | Teach at the University | Expenses reimbursed airfare, hotel, meals and transportation. |
| 2. | Michigan Intellectual Property Law Association | 2/13/07 to 2/13/07 | Plymouth, Michigan | Seminar Speaker | Expenses reimbursed mileage |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSEN, GERALD E | 05/13/2008 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 3. | Pepperdine University, | 3/15/07 to 3/18/07 | Malibu, California | Seminar Speaker | Expenses reimbursed airefare, meals, parking |
| 4. | William Mitchell College of Law | 3/28/07 to 3/30/07 | St. Paul, Minnesota | Seminar Speaker | Expenses reimbursed airfare,parking, taxi |
| 5. | Institute of Continuing Legal Education | 5/15/07 to 5/15/07 | Plymouth, Michigan | Seminar Speaker | Expenses reimbursed mileage, |
| 6. | The Rutter Group | 6/13/07 to 6/13/07 | Detroit, Michigan | Seminar Speaker | n/a |
| 7. | The Rutter Group | 6/14/07 to 6/14/07 | Cincinnati, Ohio | Seminar Speaker | Expenses incurred parking, taxi, airfare |
| 8. | The Rutter Group | 6/20/07 to 6/22/07 | San Francisco, California | Seminar Speaker | Expenses reimbursed meals, taxi, hotel, airfare |
| 9. | The Rutter Group | 6/22/07 to 6/23/07 | Seattle, Washington | Seminar Speaker | Expenses reimbursed airfare, parking and meals, taxi |
| 10. | National Employment Lawyers Association | 6/26/07 to 7/01/07 | San Juan, Puerto Rico | Seminar Speaker | Expenses reimbursed airfare, parking, tips |
| 11. | Institute of Continuing Legal Education | 7/12/07 to 7/14/07 | Mackinac Island, Michigan | Seminar Speaker | Expenses reimbursed mileage, meals, ferry parkway |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Comerica Bank - Detroit | A | Interest | J | T | | | | | |
| 2. Comerca Bank - Detroit | A | Interest | J | T | | | | | |
| 3. National City - Detroit | A | Interest | J | T | | | | | |
| 4. National City - Detroit | A | Interest | J | T | | | | | |
| 5. Transacanada | | None | K | T | | | | | |
| 6. Cytec Corp | | None | | | Sell | 5/21 | J | D | |
| 7. UBSPW Cash Fund | A | Dividend | J | T | | | | | |
| 8. Eldorado Gold | | None | J | T | | | | | |
| 9. Eldorado Gold | | None | J | T | | | | | |
| 10. Fomento Economico | | None | K | T | | | | | |
| 11. Rentech | | None | J | T | | | | | |
| 12. Raytheon | A | Dividend | J | T | | | | | |
| 13. RMA Money Fund | A | Dividend | J | T | | | | | |
| 14. UBSPW Ret Money Fund | | None | J | T | | | | | |
| 15. Activision Inc. | | None | K | T | | | | | |
| 16. National Grid PLC | | None | J | T | | | | | |
| 17. UBSPW Ret Money FD | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Robert W. Baird & Co. Inc. JDR | | | | | | | | | |
| 19.   Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 20.   Intel Corp | A | Dividend | J | T | | | | | |
| 21.   529 Plan | | None | | | | | | | |
| 22.   Putnam 529 College Fund | | None | K | T | | | | | |
| 23.   Trust No. 1 | | | | | | | | | |
| 24.   -Haslett Mi Public Schools | B | Dividend | K | T | | | | | |
| 25.   - Genessee City Mi Bldg. | B | Dividend | K | T | | | | | |
| 26.   - RMA Money Fund | A | Dividend | J | T | | | | | |
| 27.   Advantage Energy | | None | | | Sell | 2/07 | J | | |
| 28.   Groupe Danone | | None | K | T | | | | | |
| 29.   - Agree Realty Corp. | | None | J | T | | | | | |
| 30.   - Agrium Inc. | | None | J | T | | | | | |
| 31.   -El Paso Electric Co. | | None | J | T | | | | | |
| 32.   - MDU Resources Group | | None | J | T | | | | | |
| 33.   Goldcorp (a/k/a Wheaton River Minerals) | | None | K | T | | | | | |
| 34.   - Natural Resource Part | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust No 1 | | | | | | | | | |
| 36. Primewest Energy Trust | A | Dividend | | | Sell | 2/08 | J | | |
| 37. Provident Energy Trust | B | Dividend | J | T | | | | | |
| 38. GER - IRA | | | | | | | | | |
| 39. Kinross Gold | | None | K | T | | | | | |
| 40. Nestle's | | None | J | T | | | | | |
| 41. Rentech | | None | J | T | | | | | |
| 42. Rogers Communication | | None | K | T | | | | | |
| 43. ████-IRA | | | | | | | | | |
| 44. Coca Cola FEMSA | | None | K | T | | | | | |
| 45. Diageo | | None | K | T | | | | | |
| 46. Ensco Int'l | | None | J | T | | | | | |
| 47. Forest Oil | | None | J | T | | | | | |
| 48. Foundation Coal | | None | J | T | | | | | |
| 49. Lockhead Martin | | None | K | T | | | | | |
| 50. Mariner Energy | | None | J | T | | | | | |
| 51. Norfolk Southern | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Rentech | | None | J | T | | | | | |
| 53. Satyamn Computer | | None | K | T | | | | | |
| 54. Shoppers Drug Mart | | None | K | T | | | | | |
| 55. Michigan Baseball Ventures, LLC Partners | | None | L | T | Buy | 2/12 | L | | |
| 56. Citizens Communications | B | Dividend | J | T | Buy | 5/21 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/13/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Outside earned income shown in Part III A was computed in accordance with the guidance in Section 3(b) of the Regulations of the Judicial Conference of the United States Under Title VI of the Ethics Reform Act of 1989 Concerning Outside Earned Income, Honoraria and Outside Employment.

Section 3(b) states the following:

(b) "Outside earned income" means all wages, salaries, commissions, professional fees, and payments and compensation of any kind for services rendered or to be rendered by the covered senior employee, less the ordinary and necessary expenses paid or incurred in producing the income, provided, however, that the following shall not constitute outside earned income.

Section VII - In future Financial Disclosure reports, I will list all accounts as one entry - ie. Comerica Bank accounts and the National City accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSEN, GERALD E | 05/13/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS ~~~~~~~ BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544